IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| KENNETH RALSTON, | ) | CASE NO. 1:13CV1307 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | KATHLEEN B. BURKE |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY ADMINISTRATION, | ) | |
| | ) | **JUDGMENT ENTRY** |
| Defendant. | ) | |

For the reasons stated in the related Memorandum Opinion and Order issued by this Court on August 4, 2014, the final decision of the Commissioner is AFFIRMED.

This matter is terminated on the docket of this Court.

IT IS SO ORDERED.

Dated:  August 4, 2014

_____
Kathleen B. Burke
United States Magistrate Judge